| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR WARRANT** | **U. S. Probation Office** Eastern District of Michigan | PACTS 1512081 | DATE 04/08/2025 |
|---|---|---|---|---|
| **NAME** BLANDER, Gregory D. | **OFFICER** Lamara H. Werts | | **JUDGE** Laurie J. Michelson | **DOCKET #** 23-CR-20321-01 |

| ORIGINAL SENTENCE DATE 01/03/2017 | SUPERVISION TYPE Supervised Release | CRIMINAL HISTORY CATEGORY VI | TOTAL OFFENSE LEVEL 25 | PHOTO |
|---|---|---|---|---|
| COMMENCED 11/03/2022 | | | | |
| EXPIRATION 11/02/2025 | | | | |

| ASST. U.S. ATTORNEY Anthony Vance | DEFENSE ATTORNEY To Be Determined |
|---|---|

**REPORT PURPOSE**

**TO ISSUE A WARRANT TO BE LODGED AS A DETAINER WITH THE LEBANON CORRECTIONAL INSTITUTION IN LEBANON, OHIO**

**ORIGINAL OFFENSE**

Count 1:  18 U.S.C. § 922(g)(1), Felon in Possession of Firearm/Ammunition

**SENTENCE DISPOSITION**

Custody of the Bureau of Prisons for a term of 96 months as to Count 1 with credit for time served, to be followed by a three-year term of supervised release.

Sentencing Judicial Officer:  Honorable Dan Aaron Polster, United States District Judge, Northern District of Ohio. Jurisdiction accepted by the Honorable Laurie J. Michelson on June 7, 2023.

**ORIGINAL SPECIAL CONDITIONS**

1. The defendant shall participate in an approved program of substance abuse testing and/or outpatient or inpatient substance abuse treatment as directed by their supervising officer; and abide by the rules of the treatment program. The defendant shall not obstruct or attempt to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing.
2. The defendant shall undergo a mental health evaluation and/or participate in a mental health treatment program as directed by the supervising officer.
3. The defendant shall submit his/her person, residence, place of business, computer, or vehicle to a warrantless search, conducted and controlled by the probation officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release; failure to submit to a search may be grounds for revocation; the defendant shall inform any other residents that the premises may be subject to a search pursuant to this condition.

| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR WARRANT** | **U. S. Probation Office** Eastern District of Michigan | PACTS 1512081 | DATE 04/08/2025 |
|---|---|---|---|---|
| **NAME** BLANDER, Gregory D. | **OFFICER** Lamara H. Werts | | **JUDGE** Laurie J. Michelson | **DOCKET #** 23-CR-20321-01 |

Criminal Monetary Penalty:  Special Assessment $100.00. (Paid)

The probation officer believes that the offender has violated the following conditions of Supervised Release:

| VIOLATION NUMBER | NATURE OF NONCOMPLIANCE |
|---|---|
| 1 | **Violation of Mandatory Condition :** "YOU MUST NOT COMMIT ANOTHER FEDERAL, STATE OR LOCAL CRIME."<br><br>On August 12, 2024, BLANDER was listed in a Detroit Police Department incident report as a suspect in an assault and battery that occurred on August 9, 2024, in Detroit, Michigan. According to the report, the victim reported she arrived home and BLANDER was standing outside her residence. The victim asked BLANDER to leave her residence, and he stated, "I will leave when I want." The victim the tried to leave the residence herself, and he would not allow her to do so. She told him she had called the police, and he became irate, pulled her hair and dragged her across the house by her ponytail.<br><br>The victim then tried to spray BLANDER with pepper spray while she was on the ground to defend herself, but he grabbed her finger and stripped the spray from her. While disarming the victim, he broke her finger. Following the assault, BLANDER would not let the victim go to urgent care and she had to force her finger back in place. He told her she would be fine once the swelling went down. He eventually left the home after watching her at the house for a period of time.<br><br>On October 29, 2024, a warrant was issued out of the 36th District Court in Detroit, Michigan for one felony count of Domestic Violence-Third Offense, under docket #24-060196-01.<br><br>At this time, BLANDER is lodged at the Lebanon Correctional Institution (LECI) in Lebanon, Ohio, due to a parole violation for this offense.  His expected release date from LECI is May 28, 2025. |

| I declare under penalty of perjury that the foregoing is true and correct.<br>**PROBATION OFFICER**<br><br>s/Lamara H. Werts/mt/lnb<br>313-234-5447 | **DISTRIBUTION**<br><br>Court |
|---|---|
| **SUPERVISING PROBATION OFFICER**<br><br>s/Matthew A. Romeo<br>989-894-8829 | **PROBATION ROUTING**<br><br>Data Entry |

Page **2** of **3**

| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR WARRANT** | **U. S. Probation Office** Eastern District of Michigan | PACTS 1512081 | DATE 04/08/2025 |
|---|---|---|---|---|
| NAME BLANDER, Gregory D. | OFFICER Lamara H. Werts | JUDGE Laurie J. Michelson | | DOCKET # 23-CR-20321-01 |

**THE COURT ORDERS:**

[ X ]   The issuance of a warrant to be lodged as a detainer with the Lebanon Correctional Institution in Lebanon, Ohio.

[  ]   Other

s/Laurie J. Michelson
United States District Judge

4/10/2025
Date

Page **3** of **3**